## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HAMEAD JAHER AL-SHEWAILY,          )
                                   )
               Petitioner,         )
vs.                                )          NO.  CIV-07-1392-HE
                                   )
MICHAEL B. MUKASEY, et al.,        )
                                   )
               Respondents.        )

### ORDER

Petitioner Hamead Jaher Al-Shewaily, appearing pro se, instituted this action pursuant to 28 U.S.C. § 2241 seeking habeas relief.  In his petition he challenges his continued detention by Immigration Customs Enforcement ("ICE").

Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Bana Roberts.  She has recommended that the petition be dismissed as moot as the respondents have filed a motion to dismiss asserting that the petitioner has been released from ICE custody.[1]

The petitioner did not object to the Report and Recommendation.  However, the docket sheet reflects that he did not receive a copy of it.  All recent mailings to the petitioner at the most recent address he provided have been returned as undeliverable.  It is the petitioner's responsibility to notify the court of any changes in his address.  LCvR5.5 "Papers sent by the Court will be deemed delivered if sent to the last known address given to the Court."  *Id.*

---

[1]Attached to the respondents' motion are a Release Notification and an Order of Supervision.  Doc. #12, Exhibits 2, 3.

In the absence of an objection by the petitioner and, as the petitioner has now received the relief requested, the court concludes the petition is now moot. Accordingly, the court adopts the Report and Recommendation of Magistrate Judge Roberts. The petition is dismissed as moot.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2008.


_____

JOE HEATON
UNITED STATES DISTRICT JUDGE